UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SUSAN KIRSCHNER, ET AL. § | |
| § | |
| v. § | CIVIL CASE NO. 4:21-CV-469 |
| § | |
| TEXAS DEPARTMENT OF FAMILY § | |
| AND PROTECTIVE SERVICES, ET § | |
| AL. § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 21, 2022, the Report of the Magistrate Judge, (Dkt. #23), was signed containing proposed findings of fact and recommendations that Linda Risinger's Motion to Dismiss, (Dkt. #8), and Timothy Alexander's Motion to Dismiss, (Dkt. #9), each be granted in part and denied in part; Plaintiffs Susan Kirschner and Minor Child A.K.'s Motion for Leave to Amend Complaint, (Dkt. #20), be denied; supplemental jurisdiction be declined as to Kirschner's state law claims against Risinger and Alexander; and unserved Defendant Texas Department of Family and Protective Services be *sua sponte* dismissed for lack of subject-matter jurisdiction. Having assessed the Report, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that Linda Risinger's Motion to Dismiss, (Dkt. #8), and Timothy Alexander's Motion to Dismiss, (Dkt. #9), are each **GRANTED** in part

and **DENIED** in part. Plaintiffs' § 1983 claims against Risinger and Alexander are **DISMISSED WITH PREJUDICE**. Plaintiffs' claims against Texas Department of Family and Protective Services are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction. Plaintiffs' state law claims are **DISMISSED WITHOUT PREJUDICE**.

It is further **ORDERED** that Plaintiffs' Motion for Leave to Amend Complaint, (Dkt. #20), is **DENIED**.

**So ORDERED and SIGNED this 26th day of September, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE